DISTRICT OF COLUMBIA *v.* EMERSON, No. 183. In error to the District of Columbia. Argued March 6, 1889. Decided April 1,

1889. MR. CHIEF JUSTICE FULLER said that the same questions were presented upon the record in this case as in the *District of Columbia, Plaintiff in Error* v. *Lawrence E. Gannon*, No. 182, just decided, and that for the reasons there given the writ of error must be                                         *Dismissed.*

*Mr. A. G. Riddle* for plaintiff in error.

*Mr. S. S. Henkle* for defendant in error.